# SULLIVAN LAW GROUP

A PROFESSIONAL CORPORATION

**2330 THIRD AVENUE**
**SAN DIEGO, CALIFORNIA 92101**

PHONE 619-702-6760
FACSIMILE 619-702-6761

July 18, 2014

Magistrate Judge Joseph C. Spero            *Submitted Via CM/ECF*
450 Golden Gate Ave
Courtroom G, 15th Floor
San Francisco, CA 94102

        Re:        **Juan Romo v. Shimmick Construction Company Inc.**
                           Request for Telephonic Appearance
   Case No.     14-cv-02403-JCS

Hon. Joseph C. Spero:

     Please allow this correspondence to serve as a request that Plaintiff Juan Romo's counsel be permitted to appear telephonically for the hearing on Plaintiff's Motion to Remand to State Court set for July 25, 2014 at 9:30 a.m. in Courtroom G.

     The request is necessary as Plaintiff's counsel is from San Diego and also has a Trial Call in the San Diego Superior Court at 9:30 a.m. on July 25, 2014.

     Per Judge Spero's local rules, counsel will be available by land line at the office phone number: **(619) 702 - 6760.**

                                                                   Respectfully Submitted,

                                                                   /s/ Eric K. Yaeckel

IT IS HEREBY ORDERED THAT counsel shall be    Counsel for Plaintiff Juan Romo
on phone standby beginning at 9:30 AM and await the
Court's call.
Dated: 7/21/14

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

1