UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHIMMICK CONSTRUCTION COMPANY, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-02403-JCS<br><br>**ORDER GRANTING LEAVE TO REFILE DECLARATIONS AND EXHIBITS**<br><br>**Dkt. Nos. 29-2, 32** |

　　Defendant has filed a Motion to Stay and Petition to Compel Arbitration (Dkt. 16) that is currently pending before the Court and scheduled for a hearing on Friday, September 19, 2014. The parties have filed declarations supporting their respective positions regarding the pending Motion. Two of these declarations are defective. Plaintiff Juan Romo filed a declaration on July 28, 2014 (Dkt. 29-2) that is undated and unexecuted. Defendant Shimmick Construction Company, Inc. filed a declaration of James Draper on August 4, 2014 (Dkt. 32) that purports to attach two exhibits, labeled Exhibit E and Exhibit F, but does not include any exhibits.

　　If the parties would like the Court to consider these documents, they may correct and refile these materials no later than 2:00 PM PDT on Friday, September 12, 2014. The parties may not submit additional materials beyond what is necessary to correct the previous defective filings.

　　**IT IS SO ORDERED.**

Dated: September 10, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge