# SULLIVAN LAW GROUP
A PROFESSIONAL CORPORATION

**2330 THIRD AVENUE**
**SAN DIEGO, CALIFORNIA 92101**

PHONE 619-702-6760
FACSIMILE 619-702-6761

September 12, 2014

Magistrate Judge Joseph C. Spero                                           *Submitted Via CM/ECF*
450 Golden Gate Ave
Courtroom G, 15th Floor
San Francisco, CA 94102

           **Re:**        **Juan Romo v. Shimmick Construction Company Inc.**
                               Request for Telephonic Appearance
           Case No.   14-cv-02403-JCS

Hon. Joseph C. Spero:

      Please allow this correspondence to serve as a request that Plaintiff Juan Romo's counsel, who is located in San Diego, CA, be permitted to appear telephonically for the hearing on (1) Plaintiff's Motion to Remand to State Court; (2) Defendant's Motion to Compel Arbitration; and (3) Case Management Conference set for September 19, 2014 at 2:00 p.m. in Courtroom G.

      Per Judge Spero's local rules, counsel will be available by land line at the office phone number: **(619) 702 - 6760.**

Dated: 9/12/14                                                                             Respectfully Submitted,



                                                                  /s/ Eric K. Yaeckel
                                                                   Counsel for Plaintiff Juan Romo

1